UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| 1ST TECHNOLOGY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:08-cv-00586 (DDN) |
| | ) |
| DIGITAL GAMING SOLUTIONS S.A., | ) |
| TOWNVIEW TRADING, S.A., SBG | ) |
| GLOBAL and DIGITAL GAMING | ) |
| NETWORK LTD. | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OF DEFENDANT DIGITAL GAMING SOLUTIONS, S.A. JOINING IN AND ADOPTING DEFENDANT TOWNVIEW TRADING, S.A.'S MOTION TO STAY PENDING REEXAMINATION OF PATENT-IN-SUIT**

Defendant Digital Gaming Solutions, S.A. hereby joins in and adopts Defendant Townview Trading, S.A.'s Motion to Stay Pending Reexamination of the Patent-In-Suit by the United States Patent and Trademark Office, along with the Memorandum filed by Defendant Townview Trading, S.A. in support of same.

WHEREFORE, for the reasons set forth in Defendant Townview Trading, S.A.'s Motion to Stay Pending Reexamination of the Patent-In-Suit by the United States Patent and Trademark Office and the Memorandum in support of same, Defendant Digital Gaming Solutions, S.A. respectfully requests the Court stay this case pending completion of the reexamination of U.S. Patent No. 5,564,001.

Respectfully submitted,

GALLOP, JOHNSON & NEUMAN, L.C.


By: /s/ Don V. Kelly
Don V. Kelly, #16769
Andrew D. Dillon, #2984
101 S. Hanley, Suite 1700
St. Louis, MO 63105
(314) 615-6000 (Telephone)
(314) 615-6001 (Facsimile)

Attorneys for Defendant
Digital Gaming Solutions S.A.

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this __7th__ day of __August__, 2009, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record

        /s/ Don V. Kelly
        Don V. Kelly, #16769